1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ROBIN L. HARRIS (CABN 123364)
   Assistant United States Attorney
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-7016
        FAX: (415) 436-7234
7       robin.harris2@usdoj.gov

8  Attorneys for the United States

FILED
FEB 0 6 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 3 17 70131 MAG |
| Plaintiff, | UNITED STATES' MOTION TO UNSEAL CRIMINAL COMPLAINT AND AFFIDAVIT OF SA WILLIAM SCANLON IN SUPPORT OF CRIMINAL COMPLAINT AND [PROPOSED] ORDER |
| v. | |
| JEFFREY WERTKIN, | |
| Defendant. | |

On February 1, 2017, this Court granted the United States' motion to seal this case (No. 3 17 70131 MAG). Since then, the defendant has been arraigned on the criminal complaint and has been released on bond. Because the criminal charge arises from allegations of a breach of the sealing order in a civil qui tam action, the civil division attorneys responsible for investigating the qui tam matter for the United States Department of Justice are required to report the alleged breach to the judge to whom the qui tam matter was assigned. Accordingly, the government therefore moves to unseal the case.

DATED: February 3, 2017

Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

*/s/ Robin L. Harris*
ROBIN L. HARRIS
Assistant United States Attorneys

MOTION TO UNSEAL

1
2
## [PROPOSED] ORDER

Based upon the foregoing request, the Court hereby **ORDERS** that this case shall be unsealed.

DATED: February 3, 2016

_____
HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

MOTION TO UNSEAL