Cristina C. Arguedas (CalBN 87787)
    Email: arguedas@achlaw.com
Ted W. Cassman (CalBN 98932)
    Email: cassman@achlaw.com
Raphael M. Goldman (CalBN 229261)
    Email: goldman@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:    (510) 845-3003

*Counsel for Jeffrey Wertkin*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-MJ-70131 (LB) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO PERMIT TRAVEL** |
| v. | |
| JEFFREY WERTKIN, | |
| Defendant. | |

Jeffrey Wertkin and the United States Attorney's Office for the Northern District of California, by and through their respective undersigned counsel, hereby stipulate

**STIPULATION AND [PROPOSED] ORDER RE TRAVEL**
*United States v. Jeffrey Wertkin*, No. 17-MJ-70131 (LB)      1

1   and agree as follows:

2        The Court admitted Mr. Wertkin to pretrial release under certain conditions.  Dkt.

3   4.  One such condition was that Mr. Wertkin not travel outside of certain specified

4   districts.  *Id.*  Mr. Wertkin's family has planned travel to the District of West Virginia with

5   members of his extended family between July 1 and July 9, 2017.

6        Undersigned counsel for Mr. Wertkin spoke with Mr. Wertkin's Pretrial Services

7   Officer, Ladreena Walton, who stated that her office has no objection to Mr. Wertkin

8   seeking leave of Court to travel to West Virginia for purposes of this family travel.

9        Accordingly, the parties stipulate and agree that the conditions of Mr. Wertkin's

10  pretrial release should be modified to permit him to travel to the District of West Virginia

11  between July 1 and July 9, 2017.

12       SO STIPULATED:

13  Dated: May 26, 2017              BRIAN J. STRETCH
                                     United States Attorney
14

15                                   By: _____/s/_____
                                     Robin Harris
16                                   Assistant United States Attorney

17  Dated: May 26, 2017              By: _____/s/_____
                                     Raphael M. Goldman
18                                   ARGUEDAS, CASSMAN & HEADLEY, LLP

19                                   Counsel for Jeffrey Wertkin

20

21                        **[PROPOSED] ORDER**

22       Pursuant to the parties' stipulation, IT IS SO ORDERED.

23

24   Dated: _____     By: _____
                                     The Honorable Laurel Beeler
25                                   United States Magistrate Court Judge

26

27

28

**STIPULATION AND [PROPOSED] ORDER RE TRAVEL**
*United States v. Jeffrey Wertkin*, No. 17-MJ-70131 (LB)      2