Cristina C. Arguedas (CalBN 87787)
    Email: arguedas@achlaw.com
Ted W. Cassman (CalBN 98932)
    Email: cassman@achlaw.com
Raphael M. Goldman (CalBN 229261)
    Email: goldman@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:    (510) 845-3003

*Counsel for Jeffrey Wertkin*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-MJ-70131 (LB) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING** |
| v. | |
| JEFFREY WERTKIN, | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING**
*United States v. Jeffrey Wertkin*, No. 17-MJ-70131 (LB)         1

1       Jeffrey Wertkin and the United States Attorney's Office for the Northern District
2 of California, by and through their respective undersigned counsel, hereby stipulate
3 and agree as follows:
4       The date for preliminary hearing or arraignment in this matter is presently set for
5 June 15, 2017.
6       The government and counsel for the defense are presently engaged in
7 productive discussions concerning the disposition of this matter, but the discussions
8 are ongoing. Counsel for the defense believes that additional time is needed to review
9 the evidence that the government has produced in discovery, evaluate the case and
10 conduct discussions with the government.
11       Taking into account the public interest in the prompt disposition of criminal
12 cases, there is good cause to extent the time limits for a preliminary hearing under
13 Federal Rule of Criminal Procedure 5.1 from June 15, 2017 to July 13, 2017.
14       A failure to grant the continuance would deny defense counsel the reasonable
15 time necessary for effective preparation, taking into account the exercise of due
16 diligence, and under the circumstances the ends of justice served by a reasonable
17 continuance outweigh the best interest of the public and the defendant in a speedy
18 trial.
19       The defendant consents to the setting of the preliminary hearing on July 13,
20 2017, as well as an exclusion of time under the Speedy Trial Act from June 15, 2017,
21 to July 13, 2017.
22       The parties therefore stipulate and agree that the date for preliminary hearing or
23 arraignment should be continued from June 15, 2017 to July 13, 2017 at 9:30 a.m.
24 under the Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3060 and that
25 time be excluded under the Speedy Trial Act between June 15, 2017, and July 13,
26 2017, under 18 U.S.C. § 3161(h)(7)(B)(iv).
27 //
28

**STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING**
*United States v. Jeffrey Wertkin*, No. 17-MJ-70131 (LB)     2

| | | |
|---|---|---|
| 1 | SO STIPULATED: | |
| 2 | Dated: June 13, 2017 | BRIAN J. STRETCH |
| 3 | | United States Attorney |
| 4 | | By: /s/ |
| 5 | | William Frentzen |
| | | Assistant United States Attorney |
| 7 | Dated: June 13, 2017 | By: /s/ |
| | | Raphael M. Goldman |
| 8 | | ARGUEDAS, CASSMAN & HEADLEY, LLP |
| 9 | | Counsel for Jeffrey Wertkin |

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court HEREBY ORDERS that the preliminary hearing in this matter is re-set from June 15, 2017 to July 13, 2017 at 9:30 a.m. The Court finds that good cause is shown for extending the time limits set forth in Federal Rule of Criminal Procedure 5.1(c), and, further, concludes that the extension is proper under Rule 5.1(d) and Title 18, United States Codes, Sections 3060 and 3161.

The Court finds the failure to grant the requested extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the requested extension outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court also concludes that an exclusion of time from June 15, 2017, through and including July 13, 2017, should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court also finds that the ends of justice served by excluding the

**STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING**
*United States v. Jeffrey Wertkin*, No. 17-MJ-70131 (LB)       3

period from June 15, 2017, to July 13, 2017, outweigh the best interest of the public and the defendant in a speedy trial. *Id.* § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: June 13, 2017

By: /s/ Laurel Beeler
The Honorable Laurel Beeler
United States Magistrate Court Judge

**STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING**
*United States v. Jeffrey Wertkin*, No. 17-MJ-70131 (LB)     4